```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 07 B 00087
   MARY L THOMAS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-4958

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 01/03/2007 and was confirmed 03/21/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   1.00%.

     The case was dismissed after confirmation 08/01/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------------
CITY OF CHICAGO DEPT OF   SECURED            665.00           .00            21.14
COOK COUNTY TREASURER     SECURED            400.00           .00            21.14
OPTION ONE MORTGAGE       CURRENT MORTG     2737.41           .00          2737.41
OPTION ONE MORTGAGE       MORTGAGE ARRE     6831.40           .00             .00
ROBERT J ADAMS & ASSOC    PRIORITY        NOT FILED           .00             .00
CHECK INTO CASH INC       UNSECURED       NOT FILED           .00             .00
CREDIT COLLECTION SERVIC  UNSECURED       NOT FILED           .00             .00
LOAN EXPRESS CO           UNSECURED          405.00           .00             .00
ILLINOIS DEPT OF HUMAN S  UNSECURED         1012.00           .00             .00
KLUEVER & PLATT           UNSECURED       NOT FILED           .00             .00
NATIONAL ENTERPRISE SYST  UNSECURED       NOT FILED           .00             .00
NATIONWIDE ACCEPTANCE~    UNSECURED          962.04           .00             .00
OMNIUM WORLDWIDE          UNSECURED       NOT FILED           .00             .00
PAYDAY LOAN               UNSECURED       NOT FILED           .00             .00
PEOPLES GAS & LIGHT       UNSECURED         1060.24           .00             .00
ROUTE 66 FUNDING          UNSECURED       NOT FILED           .00             .00
TRU GREEN CHEMLAWN        UNSECURED       NOT FILED           .00             .00
VERIZON WIRELESS          NOTICE ONLY    NOT FILED           .00             .00
CAPITAL ONE               UNSECURED          708.38           .00             .00
ROBERT J ADAMS & ASSOC    REIMBURSEMENT      306.33           .00           306.33
AFNI/VERIZON WIRELESS     UNSECURED          767.86           .00             .00
ROBERT J ADAMS & ASSOC    DEBTOR ATTY      3,000.00                           .00
TOM VAUGHN                TRUSTEE                                           203.98
DEBTOR REFUND             REFUND                                              .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              3,290.00

PRIORITY                                         306.33
```

                PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 00087 MARY L THOMAS

```
SECURED                                                     2,779.69
UNSECURED                                                        .00
ADMINISTRATIVE                                                   .00
TRUSTEE COMPENSATION                                          203.98
DEBTOR REFUND                                                    .00
                                      ---------------  ---------------
TOTALS                                       3,290.00         3,290.00
```

　　Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                /s/ Tom Vaughn
     Dated: 12/03/07            _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```